# IN THE SUPREME COURT OF THE STATE OF NEVADA

SAMUEL BOYD MYERS,
                          Appellant,
                vs.
DEBORAH MYERS,
                          Respondent.

No. 74991

FILED

APR 19 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a special order after final judgment. Eighth Judicial District Court, Family Court Division, Clark County; Cynthia Dianne Steel, Judge.

On November 28, 2018, this court issued an order reinstating briefing after the parties were unable to reach a settlement. That order directed appellant to file a transcript request form by December 13, 2018, and the opening brief and appendix by February 26, 2019. When appellant failed to file the transcript request form, this court issued a notice on February 1, 2019, directing appellant to file the transcript request form within 10 days. The notice cautioned appellant that failure to comply could result in the imposition of sanctions.[1] When appellant again failed to file the transcript request form and failed to file the opening brief and appendix, this court issued an order on March 19, 2019, directing appellant to file these documents within 14 days. The order cautioned appellant that failure to comply could result in the dismissal of this appeal as abandoned.[2]

---

[1]A copy of this notice is attached.

[2]A copy of this order is attached.

 

19-18612

To date, appellant has failed to file the transcript request form, opening brief, and appendix, and has failed to otherwise communicate with this court. Accordingly, as it appears that appellant has abandoned this appeal, this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.        _____, J.
Stiglich                                              Silver

cc:    Hon. Cynthia Dianne Steel, District Judge, Family Court Division
       Carolyn Worrell, Settlement Judge
       The Law Offices of Patrick Driscoll, LLC
       Throne & Hauser
       Samuel Boyd Myers
       Eighth District Court Clerk

## IN THE SUPREME COURT OF THE STATE OF NEVADA
## OFFICE OF THE CLERK

SAMUEL BOYD MYERS,
Appellant,
vs.
DEBORAH MYERS,
Respondent.

**Supreme Court No. 74991**
District Court Case No. D499121

## NOTICE TO REQUEST ROUGH DRAFT TRANSCRIPTS

TO:   Patrick R. Driscoll, Jr.

To date, the appellant has failed to request transcripts in this appeal. Please file and serve a Rough Draft Transcript Request Form or, alternatively, a certificate that preparation of transcripts is not requested within 10 days from the date of this notice. See NRAP 3C(d)(3). Failure to request transcripts in compliance with NRAP 3C(d)(3) may result in the imposition of sanctions. See NRAP 3C(n).

DATE: February 01, 2019

Elizabeth A. Brown, Clerk of Court

By: Amanda Ingersoll
    Chief Deputy Clerk

Notification List
        Electronic
        Patrick R. Driscoll, Jr.
        Throne & Hauser \ Dawn R. Throne

        Paper
        Throne & Hauser \ Michelle A. Hauser
        Throne & Hauser \ Samantha J. Mentzel

19-05044

# IN THE SUPREME COURT OF THE STATE OF NEVADA

SAMUEL BOYD MYERS,
                          Appellant,

vs.

DEBORAH MYERS,
                          Respondent.

No. 74991

FILED

MAR 19 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Younes
          DEPUTY CLERK

## ORDER TO FILE DOCUMENTS

On November 28, 2018, this court entered an order reinstating briefing. That order directed appellant to file a transcript request form by December 13, 2018, and to file the opening brief and appendix by February 26, 2019.[1] To date, appellant has failed to file the transcript request form, opening brief, and appendix, and has failed to otherwise communicate with this court.

Accordingly, appellant shall have 14 days from the date of this order to file and serve a transcript request form, opening brief, and appendix. Failure to comply with this order may result in the imposition of sanctions against appellant and his counsel, including the dismissal of this appeal as abandoned.

It is so ORDERED.

_____, C.J.

---

[1]When appellant failed to file the transcript request form, this court issued a notice on February 1, 2019, directing appellant to file the transcript request form by February 15, 2019.

cc:   The Law Offices of Patrick Driscoll, LLC
Throne & Hauser